UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHARLES ALPINE, | ) |
| Petitioner, | ) |
| v. | ) 2:19-CV-00068-LEW |
| JIMMY SMITH, | ) |
| Warden | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On February 22, 2019, the United States Magistrate Judge filed with the court, with copy to Petitioner, his Recommended Decision on Petition for Writ of Habeas Corpus. On March 18, 2019, Petitioner filed his Objection.

I have reviewed and considered the Recommended Decision and the Objection, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The motion for habeas relief under 28 U.S.C. § 2241 is DENIED and DISMISSED without an evidentiary hearing.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 9th day of April, 2019.    /s/ Lance E. Walker
                                       **U.S. DISTRICT JUDGE**